1  Eugene P. Ramirez (State Bar No. 134865)
2     *eugene.ramirez@manningkass.com*
   Kayleigh Andersen (State Bar No. 306442)
3     *kayleigh.andersen@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
7  Facsimile: (213) 624-6999

8

9  Attorneys for Defendants, SHERIFF
   CHAD BIANCO, COUNTY OF
10  RIVERSIDE, and RIVERSIDE COUNTY
11  SHERIFF'S DEPARTMENT.

12

13

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17 JOHNATHIN JAMES ONELLO, | Case No. 5:25-cv-02703-SRM-SP |
| 18        Plaintiff, | |
| 19     v. | **DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| 20 SHERIFF CHAD BIANCO, in his individual and official capacities; | |
| 21 COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY | |
| 22 SHERIFF'S DEPARTMENT; and DOES 1-25, | Filed On:    10/14/25 |
| 23 | Trial Date:   None Set |
| 24        Defendants. | |
| 25 | |

26

27        Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants

28  SHERIFF CHAD BIANCO, COUNTY OF RIVERSIDE, and RIVERSIDE

MANNING | KASS

COUNTY SHERIFF'S DEPARTMENT, ("Defendants") answer the Complaint of JOHNATHIN JAMES ONELLO ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## **ANSWER TO COMPLAINT**

1. Answering Paragraph 1, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

2. Answering Paragraph 2, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

3. Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

4. Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

5. Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

6. Answering Paragraph 6, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

7. Answering Paragraph 7, Defendants admit that this Court has jurisdiction over this matter. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

8. Answering Paragraph 8, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

9.    Answering Paragraph 9, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

10.    Answering Paragraph 10, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

11.    Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

12.    Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

13.    Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

14.    Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

15.    Answering Paragraph 15, this paragraph does not require a response.

16.    Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

17.    Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

18.    Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

19.    Answering Paragraph 19, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

20.    Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

21.    Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

22.    Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

23.    Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

24.    Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

25.    Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

26.    Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

27.    Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

28.    Answering Paragraph 28, Defendants lack sufficient knowledge or

information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

29.    Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

30.    Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

31.    Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

32.    Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

33.    Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

34.    Answering Paragraph 34, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

35.    Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

36.    Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

37.    Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.

38.    Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

39.    Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

40.    Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

41.    Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

42.    Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

43.    Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

44.    Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

45.    Answering Paragraph 45, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

46.    Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

47.    Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

48.    Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

49.    Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

50.    Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

51.    Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

52.    Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

53.    Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

54.    Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

55.    Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

56.    Answering Paragraph 56, Defendants lack sufficient knowledge or

1    information to form a belief concerning the truth of the factual allegations contained
2    therein and on that basis deny such allegations.

3         57.    Answering Paragraph 57, Defendants lack sufficient knowledge or
4    information to form a belief concerning the truth of the factual allegations contained
5    therein and on that basis deny such allegations.

6         58.    Answering Paragraph 58, Defendants lack sufficient knowledge or
7    information to form a belief concerning the truth of the factual allegations contained
8    therein and on that basis deny such allegations.

9         59.    Answering Paragraph 59, Defendants lack sufficient knowledge or
10   information to form a belief concerning the truth of the factual allegations contained
11   therein and on that basis deny such allegations.

12        60.    Answering Paragraph 60, Defendants lack sufficient knowledge or
13   information to form a belief concerning the truth of the factual allegations contained
14   therein and on that basis deny such allegations.

15        61.    Answering Paragraph 61, Defendants lack sufficient knowledge or
16   information to form a belief concerning the truth of the factual allegations contained
17   therein and on that basis deny such allegations.

18        62.    Answering Paragraph 62, Defendants lack sufficient knowledge or
19   information to form a belief concerning the truth of the factual allegations contained
20   therein and on that basis deny such allegations.

21        63.    Answering Paragraph 63, Defendants lack sufficient knowledge or
22   information to form a belief concerning the truth of the factual allegations contained
23   therein and on that basis deny such allegations.

24        64.    Answering Paragraph 64, Defendants lack sufficient knowledge or
25   information to form a belief concerning the truth of the factual allegations contained
26   therein and on that basis deny such allegations.

27        65.    Answering Paragraph 65, Defendants lack sufficient knowledge or
28   information to form a belief concerning the truth of the factual allegations contained

1 therein and on that basis deny such allegations.

2      66.    Answering Paragraph 66, Defendants lack sufficient knowledge or
3 information to form a belief concerning the truth of the factual allegations contained
4 therein and on that basis deny such allegations.

5      67.    Answering Paragraph 67, Defendants lack sufficient knowledge or
6 information to form a belief concerning the truth of the factual allegations contained
7 therein and on that basis deny such allegations.

8      68.    Answering Paragraph 68, Defendants lack sufficient knowledge or
9 information to form a belief concerning the truth of the factual allegations contained
10 therein and on that basis deny such allegations.

11      69.    Answering Paragraph 69, Defendants lack sufficient knowledge or
12 information to form a belief concerning the truth of the factual allegations contained
13 therein and on that basis deny such allegations.

14      70.    Answering Paragraph 70, Defendants lack sufficient knowledge or
15 information to form a belief concerning the truth of the factual allegations contained
16 therein and on that basis deny such allegations.

17      71.    Answering Paragraph 71, Defendants lack sufficient knowledge or
18 information to form a belief concerning the truth of the factual allegations contained
19 therein and on that basis deny such allegations.

20      72.    Answering Paragraph 72, Defendants lack sufficient knowledge or
21 information to form a belief concerning the truth of the factual allegations contained
22 therein and on that basis deny such allegations.

23      73.    Answering Paragraph 73, Defendants lack sufficient knowledge or
24 information to form a belief concerning the truth of the factual allegations contained
25 therein and on that basis deny such allegations.

26      74.    Answering Paragraph 74, Defendants lack sufficient knowledge or
27 information to form a belief concerning the truth of the factual allegations contained
28 therein and on that basis deny such allegations.

75.     Answering Paragraph 75, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

76.     Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

77.     Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

78.     Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

79.     Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

80.     Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

81.     Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

82.     Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

83.     Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

84.     Answering Paragraph 84, Defendants lack sufficient knowledge or

1   information to form a belief concerning the truth of the factual allegations contained
2   therein and on that basis deny such allegations.

3       85.    Answering Paragraph 85, Defendants lack sufficient knowledge or
4   information to form a belief concerning the truth of the factual allegations contained
5   therein and on that basis deny such allegations.

6       86.    Answering Paragraph 86, Defendants lack sufficient knowledge or
7   information to form a belief concerning the truth of the factual allegations contained
8   therein and on that basis deny such allegations.

9       87.    Answering Paragraph 87, Defendants lack sufficient knowledge or
10  information to form a belief concerning the truth of the factual allegations contained
11  therein and on that basis deny such allegations.

12      88.    Answering Paragraph 88, Defendants lack sufficient knowledge or
13  information to form a belief concerning the truth of the factual allegations contained
14  therein and on that basis deny such allegations.

15      89.    Answering Paragraph 89, Defendants lack sufficient knowledge or
16  information to form a belief concerning the truth of the factual allegations contained
17  therein and on that basis deny such allegations.

18      90.    Answering Paragraph 90, Defendants lack sufficient knowledge or
19  information to form a belief concerning the truth of the factual allegations contained
20  therein and on that basis deny such allegations.

21      91.    Answering Paragraph 91, Defendants lack sufficient knowledge or
22  information to form a belief concerning the truth of the factual allegations contained
23  therein and on that basis deny such allegations.

24      92.    Answering Paragraph 92, Defendants lack sufficient knowledge or
25  information to form a belief concerning the truth of the factual allegations contained
26  therein and on that basis deny such allegations.

27      93.    Answering Paragraph 93, Defendants lack sufficient knowledge or
28  information to form a belief concerning the truth of the factual allegations contained

MANNING | KASS

1  therein and on that basis deny such allegations.

2      94.    Answering Paragraph 94, Defendants lack sufficient knowledge or
3  information to form a belief concerning the truth of the factual allegations contained
4  therein and on that basis deny such allegations.

5      95.    Answering Paragraph 95, Defendants lack sufficient knowledge or
6  information to form a belief concerning the truth of the factual allegations contained
7  therein and on that basis deny such allegations.

8      96.    Answering Paragraph 96, Defendants lack sufficient knowledge or
9  information to form a belief concerning the truth of the factual allegations contained
10  therein and on that basis deny such allegations.

11      97.    Answering Paragraph 97, Defendants lack sufficient knowledge or
12  information to form a belief concerning the truth of the factual allegations contained
13  therein and on that basis deny such allegations.

14      98.    Answering Paragraph 98, Defendants lack sufficient knowledge or
15  information to form a belief concerning the truth of the factual allegations contained
16  therein and on that basis deny such allegations.

17      99.    Answering Paragraph 99, Defendants lack sufficient knowledge or
18  information to form a belief concerning the truth of the factual allegations contained
19  therein and on that basis deny such allegations.

20      100.   Answering Paragraph 100, Defendants lack sufficient knowledge or
21  information to form a belief concerning the truth of the factual allegations contained
22  therein and on that basis deny such allegations.

23      101.   Answering Paragraph 101, Defendants lack sufficient knowledge or
24  information to form a belief concerning the truth of the factual allegations contained
25  therein and on that basis deny such allegations.

26      102.   Answering Paragraph 102, Defendants lack sufficient knowledge or
27  information to form a belief concerning the truth of the factual allegations contained
28  therein and on that basis deny such allegations.

103. Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

104. Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

105. Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

106. Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

107. Answering Paragraph 107, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

108. Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

109. Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

110. Answering Paragraph 110, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

111. Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

112. Answering Paragraph 112, Defendants lack sufficient knowledge or

MANNING | KASS

1  information to form a belief concerning the truth of the factual allegations contained
2  therein and on that basis deny such allegations.

3      113.   Answering Paragraph 113, Defendants lack sufficient knowledge or
4  information to form a belief concerning the truth of the factual allegations contained
5  therein and on that basis deny such allegations.

6      114.   Answering Paragraph 114, Defendants lack sufficient knowledge or
7  information to form a belief concerning the truth of the factual allegations contained
8  therein and on that basis deny such allegations.

9      115.   Answering Paragraph 115, Defendants lack sufficient knowledge or
10 information to form a belief concerning the truth of the factual allegations contained
11 therein and on that basis deny such allegations.

12     116.   Answering Paragraph 116, Defendants lack sufficient knowledge or
13 information to form a belief concerning the truth of the factual allegations contained
14 therein and on that basis deny such allegations.

15     117.   Answering Paragraph 117, Defendants lack sufficient knowledge or
16 information to form a belief concerning the truth of the factual allegations contained
17 therein and on that basis deny such allegations.

18     118.   Answering Paragraph 118, Defendants lack sufficient knowledge or
19 information to form a belief concerning the truth of the factual allegations contained
20 therein and on that basis deny such allegations.

21     119.   Answering Paragraph 119, Defendants lack sufficient knowledge or
22 information to form a belief concerning the truth of the factual allegations contained
23 therein and on that basis deny such allegations.

24     120.   Answering Paragraph 120, Defendants lack sufficient knowledge or
25 information to form a belief concerning the truth of the factual allegations contained
26 therein and on that basis deny such allegations.

27     121.   Answering Paragraph 121, Defendants lack sufficient knowledge or
28 information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.

122.  Answering Paragraph 122, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

123.  Answering Paragraph 123, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

124.  Answering Paragraph 124, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

125.  Answering Paragraph 125, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

126.  Answering Paragraph 126, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

127.  Answering Paragraph 127, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

128.  Answering Paragraph 128, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

129.  Answering Paragraph 129, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

130.  Answering Paragraph 130, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

1    131.    Answering Paragraph 131, Defendants lack sufficient knowledge or
2  information to form a belief concerning the truth of the factual allegations contained
3  therein and on that basis deny such allegations.

4    132.    Answering Paragraph 132, Defendants lack sufficient knowledge or
5  information to form a belief concerning the truth of the factual allegations contained
6  therein and on that basis deny such allegations.

7    133.    Answering Paragraph 133, Defendants lack sufficient knowledge or
8  information to form a belief concerning the truth of the factual allegations contained
9  therein and on that basis deny such allegations.

10    134.    Answering Paragraph 134, Defendants lack sufficient knowledge or
11  information to form a belief concerning the truth of the factual allegations contained
12  therein and on that basis deny such allegations.

13    135.    Answering Paragraph 135, Defendants lack sufficient knowledge or
14  information to form a belief concerning the truth of the factual allegations contained
15  therein and on that basis deny such allegations.

16    136.    Answering Paragraph 136, Defendants lack sufficient knowledge or
17  information to form a belief concerning the truth of the factual allegations contained
18  therein and on that basis deny such allegations.

19    137.    Answering Paragraph 137, Defendants lack sufficient knowledge or
20  information to form a belief concerning the truth of the factual allegations contained
21  therein and on that basis deny such allegations.

22    138.    Answering Paragraph 138, Defendants lack sufficient knowledge or
23  information to form a belief concerning the truth of the factual allegations contained
24  therein and on that basis deny such allegations.

25    139.    Answering Paragraph 139, Defendants lack sufficient knowledge or
26  information to form a belief concerning the truth of the factual allegations contained
27  therein and on that basis deny such allegations.

28    140.    Answering Paragraph 140, Defendants lack sufficient knowledge or

1  information to form a belief concerning the truth of the factual allegations contained
2  therein and on that basis deny such allegations.

3      141.    Answering Paragraph 141, Defendants lack sufficient knowledge or
4  information to form a belief concerning the truth of the factual allegations contained
5  therein and on that basis deny such allegations.

6      142.    Answering Paragraph 142, Defendants lack sufficient knowledge or
7  information to form a belief concerning the truth of the factual allegations contained
8  therein and on that basis deny such allegations.

9      143.    Answering Paragraph 143, Defendants lack sufficient knowledge or
10 information to form a belief concerning the truth of the factual allegations contained
11 therein and on that basis deny such allegations.

12     144.    Answering Paragraph 144, Defendants lack sufficient knowledge or
13 information to form a belief concerning the truth of the factual allegations contained
14 therein and on that basis deny such allegations.

15     145.    Answering Paragraph 145, Defendants lack sufficient knowledge or
16 information to form a belief concerning the truth of the factual allegations contained
17 therein and on that basis deny such allegations.

18     146.    Answering Paragraph 146, Defendants lack sufficient knowledge or
19 information to form a belief concerning the truth of the factual allegations contained
20 therein and on that basis deny such allegations.

21     147.    Answering Paragraph 147, Defendants lack sufficient knowledge or
22 information to form a belief concerning the truth of the factual allegations contained
23 therein and on that basis deny such allegations.

24     148.    Answering Paragraph 148, Defendants lack sufficient knowledge or
25 information to form a belief concerning the truth of the factual allegations contained
26 therein and on that basis deny such allegations.

27     149.    Answering Paragraph 149, Defendants lack sufficient knowledge or
28 information to form a belief concerning the truth of the factual allegations contained

therein and on that basis deny such allegations.

150.    Answering Paragraph 150, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

151.    Answering Paragraph 151, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

152.    Answering Paragraph 152, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

153.    Answering Paragraph 153, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

154.    Answering Paragraph 154, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

155.    Answering Paragraph 155, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

156.    Answering Paragraph 156, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

157.    Answering Paragraph 157, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

158.    Answering Paragraph 158, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

1    159.    Answering Paragraph 159, Defendants lack sufficient knowledge or
2    information to form a belief concerning the truth of the factual allegations contained
3    therein and on that basis deny such allegations.

4    160.    Answering Paragraph 160, Defendants lack sufficient knowledge or
5    information to form a belief concerning the truth of the factual allegations contained
6    therein and on that basis deny such allegations.

7    161.    Answering Paragraph 161, Defendants lack sufficient knowledge or
8    information to form a belief concerning the truth of the factual allegations contained
9    therein and on that basis deny such allegations.

10    162.    Answering Paragraph 162, Defendants lack sufficient knowledge or
11    information to form a belief concerning the truth of the factual allegations contained
12    therein and on that basis deny such allegations.

13    163.    Answering Paragraph 163, Defendants lack sufficient knowledge or
14    information to form a belief concerning the truth of the factual allegations contained
15    therein and on that basis deny such allegations.

16    164.    Answering Paragraph 164, Defendants lack sufficient knowledge or
17    information to form a belief concerning the truth of the factual allegations contained
18    therein and on that basis deny such allegations.

19    165.    Answering Paragraph 165, Defendants lack sufficient knowledge or
20    information to form a belief concerning the truth of the factual allegations contained
21    therein and on that basis deny such allegations.

22    166.    Answering Paragraph 166, Defendants lack sufficient knowledge or
23    information to form a belief concerning the truth of the factual allegations contained
24    therein and on that basis deny such allegations.

25    167.    Answering Paragraph 167, Defendants lack sufficient knowledge or
26    information to form a belief concerning the truth of the factual allegations contained
27    therein and on that basis deny such allegations.

28    168.    Answering Paragraph 168, Defendants lack sufficient knowledge or

MANNING | KASS

1 | information to form a belief concerning the truth of the factual allegations contained
2 | therein and on that basis deny such allegations.

3 |      169.   Answering Paragraph 169, Defendants lack sufficient knowledge or
4 | information to form a belief concerning the truth of the factual allegations contained
5 | therein and on that basis deny such allegations.

6 |      170.   Answering Paragraph 170, Defendants lack sufficient knowledge or
7 | information to form a belief concerning the truth of the factual allegations contained
8 | therein and on that basis deny such allegations.

9 |      171.   Answering Paragraph 171, Defendants lack sufficient knowledge or
10 | information to form a belief concerning the truth of the factual allegations contained
11 | therein and on that basis deny such allegations.

12 |      172.   Answering Paragraph 172, Defendants lack sufficient knowledge or
13 | information to form a belief concerning the truth of the factual allegations contained
14 | therein and on that basis deny such allegations.

15 |      173.   Answering Paragraph 173, Defendants lack sufficient knowledge or
16 | information to form a belief concerning the truth of the factual allegations contained
17 | therein and on that basis deny such allegations.

18 |      174.   Answering Paragraph 174, Defendants lack sufficient knowledge or
19 | information to form a belief concerning the truth of the factual allegations contained
20 | therein and on that basis deny such allegations.

21 |      175.   Answering Paragraph 175, Defendants lack sufficient knowledge or
22 | information to form a belief concerning the truth of the factual allegations contained
23 | therein and on that basis deny such allegations.

24 |      176.   Answering Paragraph 176, Defendants lack sufficient knowledge or
25 | information to form a belief concerning the truth of the factual allegations contained
26 | therein and on that basis deny such allegations.

27 |      177.   Answering Paragraph 177, Defendants lack sufficient knowledge or
28 | information to form a belief concerning the truth of the factual allegations contained

MANNING | KASS

1  therein and on that basis deny such allegations.

2      178.  Answering Paragraph 178, Defendants lack sufficient knowledge or

3  information to form a belief concerning the truth of the factual allegations contained

4  therein and on that basis deny such allegations.

5      179.  Answering Paragraph 179, Defendants lack sufficient knowledge or

6  information to form a belief concerning the truth of the factual allegations contained

7  therein and on that basis deny such allegations.

8      180.  Answering Paragraph 180, Defendants lack sufficient knowledge or

9  information to form a belief concerning the truth of the factual allegations contained

10  therein and on that basis deny such allegations.

11      181.  Answering Paragraph 181, Defendants lack sufficient knowledge or

12  information to form a belief concerning the truth of the factual allegations contained

13  therein and on that basis deny such allegations.

14      182.  Answering Paragraph 182, Defendants lack sufficient knowledge or

15  information to form a belief concerning the truth of the factual allegations contained

16  therein and on that basis deny such allegations.

17      183.  Answering Paragraph 183, Defendants lack sufficient knowledge or

18  information to form a belief concerning the truth of the factual allegations contained

19  therein and on that basis deny such allegations.

20      184.  Answering Paragraph 184, Defendants lack sufficient knowledge or

21  information to form a belief concerning the truth of the factual allegations contained

22  therein and on that basis deny such allegations.

23      185.  Answering Paragraph 185, Defendants lack sufficient knowledge or

24  information to form a belief concerning the truth of the factual allegations contained

25  therein and on that basis deny such allegations.

26      186.  Answering Paragraph 186, Defendants lack sufficient knowledge or

27  information to form a belief concerning the truth of the factual allegations contained

28  therein and on that basis deny such allegations.

187.    Answering Paragraph 187, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

188.    Answering Paragraph 188, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

189.    Answering Paragraph 189, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

190.    Answering Paragraph 190, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

191.    Answering Paragraph 191, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

192.    Answering Paragraph 192, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

193.    Answering Paragraph 193, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

194.    Answering Paragraph 194, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

195.    Answering Paragraph 195, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

196.    Answering Paragraph 196, Defendants lack sufficient knowledge or

1  information to form a belief concerning the truth of the factual allegations contained
2  therein and on that basis deny such allegations.

3       197.   Answering Paragraph 197, Defendants lack sufficient knowledge or
4  information to form a belief concerning the truth of the factual allegations contained
5  therein and on that basis deny such allegations.

6       198.   Answering Paragraph 198, Defendants lack sufficient knowledge or
7  information to form a belief concerning the truth of the factual allegations contained
8  therein and on that basis deny such allegations.

9       199.   Answering Paragraph 199, Defendants lack sufficient knowledge or
10  information to form a belief concerning the truth of the factual allegations contained
11  therein and on that basis deny such allegations.

12       200.   Answering Paragraph 200, Defendants lack sufficient knowledge or
13  information to form a belief concerning the truth of the factual allegations contained
14  therein and on that basis deny such allegations.

15       201.   Answering Paragraph 201, Defendants lack sufficient knowledge or
16  information to form a belief concerning the truth of the factual allegations contained
17  therein and on that basis deny such allegations.

18       202.   Answering Paragraph 202, Defendants lack sufficient knowledge or
19  information to form a belief concerning the truth of the factual allegations contained
20  therein and on that basis deny such allegations.

21       203.   Answering Paragraph 203, Defendants lack sufficient knowledge or
22  information to form a belief concerning the truth of the factual allegations contained
23  therein and on that basis deny such allegations.

24       204.   Answering Paragraph 204, Defendants lack sufficient knowledge or
25  information to form a belief concerning the truth of the factual allegations contained
26  therein and on that basis deny such allegations.

27       205.   Answering Paragraph 205, Defendants lack sufficient knowledge or
28  information to form a belief concerning the truth of the factual allegations contained

MANNING | KASS

therein and on that basis deny such allegations.

206.  Answering Paragraph 206, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

207.  Answering Paragraph 207, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

208.  Answering Paragraph 208, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

209.  Answering Paragraph 209, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

210.  Answering Paragraph 210, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

211.  Answering Paragraph 211, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

212.  Answering Paragraph 212, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

213.  Answering Paragraph 213, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

214.  Answering Paragraph 214, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

1    //

2    **AFFIRMATIVE DEFENSES**

3    Defendants plead the following separate defenses.  Defendants reserve the right

4    to assert additional affirmative defenses that discovery indicates are proper.

5    **FIRST AFFIRMATIVE DEFENSE**

6    **(Waiver, Estoppel, Unclean Hands)**

7    215.  Defendants allege that Plaintiff's actions are barred by reason of conduct,

8    actions and inactions of Plaintiff which amount to and constitute a waiver of any right

9    Plaintiff may or might have had in reference to the matters and things alleged in the

10   Complaint, or that otherwise estop Plaintiff from recovery in this action, including

11   but not limited to the doctrine of unclean hands.

12   **SECOND AFFIRMATIVE DEFENSE**

13   **(Failure to Mitigate Damages)**

14   216.  Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate

15   Plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the

16   damages, if any, which Plaintiff has sustained, and to exercise reasonable care to

17   avoid the consequences of harms, if any, in that, among other things, Plaintiff has

18   failed to use reasonable diligence in caring for any injuries, failed to use reasonable

19   means to prevent aggravation of any injuries, and failed to take reasonable precautions

20   to reduce any injuries and damages.

21   **THIRD AFFIRMATIVE DEFENSE**

22   **(Contributory and/or Comparative Liability)**

23   217.  Plaintiff's claims are barred or limited by Plaintiff's contributory and/or

24   comparative negligence or other conduct, acts, or omissions, and to the extent the

25   Plaintiff suffered any injury or damages, it was the result of Plaintiff's own negligent

26   or deliberate actions or omissions.

27   218.  Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff

28   was caused solely by reason of Plaintiff's wrongful acts, conduct, or inaction.

Defendants' conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

## FOURTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

219.   There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

220.   Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

221.   Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person.  Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

222.   Defendants are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which Plaintiff complains pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## FIFTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

223.   The individual Defendants are immune from liability under the Federal Civil Rights Act because a reasonable deputy could believe that his or her acts and conduct were appropriate.  The individual Defendants are immune from liability under the Federal Civil Rights Act because their individual conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

224.   At all relevant times, the involved deputy or deputies acted within the scope of

discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

## SIXTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

225.   At the time and place referred to in the Complaint, and before such event, Plaintiff knew, appreciated, and understood each and every risk involved in placing herself in the position which Plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## SEVENTH AFFIRMATIVE DEFENSE

### (Proximate or Legal Cause)

226.   To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

## EIGHTH AFFIRMATIVE DEFENSE

### (California Government Code §§ 844.6, 845.6)

227.   The Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Govt. Code

§§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

### NINTH AFFIRMATIVE DEFENSE

### (California Government Code § 818)

228.   Defendants allege that Plaintiff may not recover punitive damages against a governmental entity, or against governmental employees acting in their official capacity, under federal or state law.  Cal. Govt. Code § 818; *City of Newport v. Fact Concerts, Inc*. 453 U.S. 247, 271 (1981); *Mitchell v. Dupnik*, 75 F.3d 517, 527 (9th Cir. 1996).

229.   At no time and place mentioned in the Complaint, did Defendants act with deliberate indifference or malicious intent to deprive any person of any Constitutional or legal right or to cause any other injury and, therefore, Defendants are immune from liability.

230.   Any claim for punitive damages is unconstitutional and invalid in that it violates the United States Constitution, including but not limited to the Due Process Clause of the Fifth and/or Fourteenth Amendments, as well as the Fifth, Sixth, Eighth, and/or Ninth Amendments.

### TENTH AFFIRMATIVE DEFENSE

### (Laches)

231.   Defendants contend that the Complaint, and each cause of action contained therein, is barred by the doctrine of laches because Plaintiff knew or reasonably should have known the date of the alleged conduct stated within the Complaint, yet Plaintiff unreasonably delayed in bringing this action, and this delay has prejudiced Defendants.

232.   Defendants contend that as a result of Plaintiff's unreasonable and inexcusable

delay, Defendants have been prejudiced in their ability to defend against the claims asserted herein. This prejudice includes, but is not limited to, the loss of relevant evidence, the unavailability of key witnesses, and the significant changes in the parties' respective positions since the events giving rise to this action.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

233.    Defendants contend that Plaintiff freely and knowingly, either expressly or impliedly, gave up the rights he now asserts.

234.    Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in Plaintiff's Complaint. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## TWELTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

235.    Plaintiff's Complaint, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Public Immunity for the Torts of Others)

236.    Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

237.    The answering Defendants are informed and believes and thereon alleges that if plaintiff sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendants. To the extent that plaintiff's damages were so caused, any recovery by plaintiff as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such

1 | third parties.

2 | **FOURTEENTH AFFIRMATIVE DEFENSE**

3 | 238.   Defendants contend that they cannot fully anticipate all affirmative defenses

4 | that may be applicable to this action based on the conclusory terms used in plaintiff's

5 | Complaint.  Accordingly, Defendants expressly reserve the right to assert additional

6 | affirmative defenses if and to the extent that such affirmative defenses become

7 | applicable.

8 | **JURY DEMAND**

9 | 239.   Defendants demand a trial by jury as to each issue.

10 | **PRAYER FOR RELIEF**

11 | WHEREFORE, the answering Defendants pray for relief as follows:

12 | 1.    That the Complaint be dismissed with prejudice and in its entirety;

13 | 2.    That Plaintiff take nothing by reason of this Complaint and that

14 | judgment be entered against Plaintiff and in favor of Defendants;

15 | 3.    That Defendants be awarded its costs incurred in defending this action;

16 | 4.    That Defendants be granted such other and further relief as the Court

17 | may deem just and proper.

18 | DATED:  November 6, 2025        **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:  _____/s/ Eugene P. Ramirez_____
Eugene P. Ramirez
Kayleigh A. Andersen
Attorneys for Defendants, SHERIFF
CHAD BIANCO, COUNTY OF
RIVERSIDE, and RIVERSIDE COUNTY
SHERIFF'S DEPARTMENT

1

## **DEMAND FOR JURY TRIAL**

2      Defendants hereby demand trial of this matter by jury.

3   DATED:  November 6, 2025        **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**
4

5

6                                By:  _____/s/ Eugene P. Ramirez_____
7                                     Eugene P. Ramirez
8                                     Kayleigh A. Andersen
                                      Attorneys for Defendants, SHERIFF
9                                     CHAD BIANCO, COUNTY OF
10                                    RIVERSIDE, and RIVERSIDE COUNTY
                                      SHERIFF'S DEPARTMENT.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28